EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights Section
SAURISH APPLEBY-BHATTACHARJEE (Cal. Bar. No. 268264)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/2917
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
              Saurish.Bhattacharjee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUL 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-569-GHK |
| Plaintiff, | [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| BYRON DREDD, | |
| Defendant. | |

On Wednesday, June 22, 2016, the Court held a status conference in this case. Assistant United States Attorneys Brandon D. Fox and Saurish Appleby-Bhattacharjee appeared on behalf of the United States of America.[1] Ms. Nina Marino appeared on behalf of defendant Byron Dredd ("defendant"), who was present.

---

[1] Assistant United States Attorney Gregory Lesser, from the prosecution's Garrity review team, was also present.

1

At the status conference the Court and counsel discussed discovery, defense counsel's need to review and analyze the discovery and to conduct further investigation, anticipated defense motions, and therefore the need for a continuance.

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1.  An indictment was filed in this case on October 16, 2015. (Dkt. 1.)  Defendant made his first appearance and was arraigned on October 30, 2015.  (Dkt. 8.)  At that time, defendant entered a plea of not guilty to all charges.  (Dkt. 15.)  Trial was originally set to begin before this Court on December 22, 2015.  (Id.)

2.  Following a series of stipulations by the parties, this Court previously made Findings of Fact and Conclusions of Law Regarding Excludable Time Periods Pursuant to the Speedy Trial Act, whereby the period from and including November 30, 2015, to and including September 13, 2016, was excluded from the time within which the trial must begin as required by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  (Dkts. 35, 41, 47, 52.)

3.  The government produced discovery to defense counsel on December 3, 2016, December 9, 2015, January 13, 2016, February 5, 2016, March 14, 2016, March 29, 2016, May 23, 2016, May 24, 2016, and June 20, 2016.

4.  The Court held a further status conference on June 23, 2016.  Non-party Los Angeles County Sheriff Department ("LASD") produced discovery to defense counsel at this status conference. Due to the amount of discovery at issue and the need to receive and review subpoenaed documents, defense counsel indicated that she will need additional time to review discovery, conduct investigation,

2

draft pre-trial motions, and prepare defendant's case for disposition or trial. The Court previously advised defendant of his right to a speedy trial. Defense counsel stated that a continuance was in the interests of justice and was necessary to review the discovery and prepare defendant's case for disposition or trial. The Court set trial for September 20, 2016.

5. Thus, based on defense counsel's agreements and based on the representations as to the status of discovery, the Court finds that the period from and including June 23, 2016, the date of the Court's last status conference, to and including September 20, 2016, the date of trial in this matter, be excluded from the time within which trial must begin as required by the Speedy Trial Act, 18 U.S.C. § 3161, et seq., as further time is necessary to permit defendant the reasonable time necessary for effective preparation of a defense, taking into account the exercise of due diligence as set forth in 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

6. The Court further finds that the ends of justice served by continuing the trial date outweigh the interest of the public and the defendants in a trial within the date originally prescribed by the Speedy Trial Act.

7. The Court orders defendant and his counsel to appear at the final pretrial conference on September 12, 2016 at 3:00 p.m., and on September 20, 2016 at 8:30 a.m. for trial.

8. The Court also orders that defendant shall file pre-trial motions by no later than August 2, 2016. The government shall file opposition memoranda by no later than August 16, 2016. Defendant shall file reply memoranda by no later than August 23, 2016.

Pretrial motions shall be heard at the final pretrial conference on September 12, 2016 at 3:00 p.m.

    IT IS SO ORDERED.

| | |
|---|---|
| 7/8/1 | |
| DATE | HONORABLE GEORGE H. KING |
| | UNITED STATES DISTRICT JUDGE |

Presented by:

_____
SAURISH APPLEBY-BHATTACHARJEE
Assistant United States Attorney



   *Authorized signature via e-mail*
NINA MARINO
Attorney for Defendant
BYRON DREDD

4